JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA JAY DANIELS, | NO. CV 14-4371-CJC (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| JEFFREY A. BEARD, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is summarily dismissed for lack of subject matter jurisdiction.

DATED: June 12, 2014

_____
CORMAC J. CARNEY
United States District Judge